1

2

3

4

5

6        **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE DISTRICT OF ARIZONA**

8

9   Joselito Balicudiong-Asican,              )    No. CV09-0018-PHX-DGC (MHB)
                                              )
10               Petitioner,                  )    **ORDER**
                                              )
11          v.                                )
                                              )
12   Katrina S. Kane,                         )
                                              )
13               Respondent.                  )
                                              )
14   _____ )

15          Pending before the Court are Petitioner Joselito Balicudiong-Asican's petition for writ

16   of habeas corpus and United States Magistrate Judge Michelle H. Burns' Report and

17   Recommendation ("R&R"). Dkt. ##1, 13. The R&R recommends that the Court deny and

18   dismiss with prejudice Petitioner's petition for writ of habeas corpus. Dkt. #13 at 6. The

19   Magistrate Judge advised the parties that they had ten days to file objections to the R&R and

20   that failure to file timely objections could be considered a waiver of the right to obtain review

21   of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e); *United States*

22   *v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

23          The parties did not file objections, which relieves the Court of its obligation to review

24   the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985)

25   ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the

26   subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de

27   novo any part of the magistrate judge's disposition that has been properly objected to."). The

28   Court will accept the R&R and [deny/grant/dismiss] the Petition/complaint. *See* 28 U.S.C.

§ 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.      Magistrate Judge Michelle H. Burns' R&R (Dkt. #13) is **accepted**.

2.      Petitioner Joselito Balicudiong-Asican's petition for writ of habeas corpus (Dkt. #1) is **denied and dismissed with prejudice**.

3.      The Clerk of Court shall **terminate** this action.

DATED this 25th day of September, 2009.

_____
David G. Campbell
United States District Judge